01
02
03
04
05

06 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
07 AT SEATTLE

08 JAMAR ANTONIO BEAVER, ) CASE NO. C08-0430-JCC-MAT
)
09     Petitioner, )
)
10 v. ) ORDER DENYING PETITIONER'S
) MOTION FOR REPRESENTATION
11 STATE OF WASHINGTON, ) OF COUNSEL
)
12     Respondent. )
                                                      )
13

14         The Court, having considered petitioner's motion for representation of counsel, and the

15 balance of the record, does hereby find and ORDER as follows:

16         (1)    Petitioner's motion for representation of counsel (Dkt. No. 8) is DENIED. There

17 is no right to have counsel appointed in cases brought under 28 U.S.C. § 2254 unless an

18 evidentiary hearing is required. *See Terravona v. Kincheloe*, 852 F.2d 424, 429 (9th Cir. 1988);

19 *Brown v. Vasquez*, 952 F.2d 1164, 1168 (9th Cir. 1992); and Rule 8(c) of the Rules Governing

20 Section 2254 Cases in the United States District Courts. The Court may exercise its discretion

21 to appoint counsel for a financially eligible individual where the "interests of justice so require."

22 18 U.S.C. § 3006A. However, petitioner fails to demonstrate that the interests of justice are best

ORDER DENYING PETITIONER'S MOTION
FOR REPRESENTATION OF COUNSEL
PAGE -1

01 served by appointment of counsel in this matter at the present time.

02 (2) The Court notes that the instant motion, though filed on behalf of petitioner, was
03 not signed by petitioner. While petitioner may, if he wishes, enlist his father to assist him in these
04 proceedings, petitioner's father may not litigate this action on behalf of petitioner. All future
05 documents submitted to this Court on behalf of petitioner *must* bear petitioner's signature.

06 (3) The Clerk shall direct copies of this Order to petitioner and to the Honorable John
07 C. Coughenour.

08 DATED this 16th day of June, 2008.

09
10 Mary Alice Theiler
   United States Magistrate Judge
11
12
13
14
15
16
17
18
19
20
21
22

ORDER DENYING PETITIONER'S MOTION
FOR REPRESENTATION OF COUNSEL
PAGE -2