UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JAMAR ANTONIO BEAVER, | ) | CASE NO. C08-0430-JCC-MAT |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER STRIKING RESPONDENT'S |
| v. | ) | MOTION TO DISMISS AND |
| | ) | DIRECTING RESPONDENT TO FILE |
| BRUNO STOLC, | ) | AN ANSWER |
| | ) | |
| Respondent. | ) | |
| | ) | |

This is a federal habeas action brought pursuant to 28 U.S.C. § 2254. This matter comes before the Court at the present time on respondent's motion to dismiss petitioner's federal habeas petition. The Court, having reviewed respondent's motion, and the balance of the record, does hereby find and ORDER as follows:

(1) Respondent's motion to dismiss (Dkt. 29) is STRICKEN. Respondent argues in the instant motion that petitioner's federal habeas petition should be dismissed because petitioner failed to sign it. Petitioner, in his response to respondent's motion, notes that his father filed the petition on his behalf and he requests that he be permitted to correct any omission if the Court determines that the petition was not properly executed under 28 U.S.C. §

ORDER STRIKING RESPONDENT'S MOTION TO DISMISS
AND DIRECTING RESPONDENT TO FILE AN ANSWER
PAGE -1

2242.[1]  In conjunction with his response, petitioner has submitted an amended signature page bearing his signature.

Rule 11(a) of the Federal Rules of Civil Procedure requires that any document submitted to the Court for filing be signed and that any unsigned document be stricken unless the omission is promptly corrected.  The Court need not, at this juncture, make a determination as to whether the petition was properly executed under § 2242 at the time it was filed.  As petitioner has now submitted an amended signature page bearing his signature, the deficiency complained of by respondent has been corrected.  Accordingly, respondent's motion to dismiss is moot.

(2)    Respondent is directed to file an answer to the petition not later than thirty (30) days from the date on which this Order is signed.

(3)    The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable Mary Alice Theiler.

DATED this <u>29th</u> day of April, 2009.

<u>s/ Mary Alice Theiler</u><br>
United States Magistrate Judge

---

[1] Section 2242 provides that an "[a]pplication for a writ of habeas corpus shall be in writing signed and verified by the person for whose relief it is intended or by someone acting in his behalf."  In this instance, petitioner's father signed the petition.  (*See* Dkt. 7 at 14.)

ORDER STRIKING RESPONDENT'S MOTION TO DISMISS
AND DIRECTING RESPONDENT TO FILE AN ANSWER
PAGE -2