UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMAR A. BEAVER, | ) |
|       Petitioner, | ) CASE NO. C08-430-JCC-MAT |
| v. | ) |
| BRUNO STOLC, | ) ORDER SETTING BRIEFING |
| | ) SCHEDULE |
|       Respondent. | ) |

This is a federal habeas action brought pursuant to 28 U.S.C. § 2254. On October 9, 2009, this Court issued an Order directing that counsel be appointed to represent petitioner in this matter. It appears from the record that counsel has now been appointed. Accordingly, the Court does hereby Order as follows:

(1) Petitioner shall file and serve a response to respondent's answer to petitioner's federal habeas petition not later than *January 4, 2010*.

(2) Respondent may file and serve any reply brief in support of his answer not later than *January 8, 2010*.

ORDER SETTING BRIEFING
SCHEDULE -1

(3) Petitioner's § 2254 petition (Dkt. No. 7) is NOTED on the Court's calendar for consideration on *January 8, 2010*.

(4) The Clerk shall direct copies of this Order to all counsel of record and to the Honorable John C. Coughenour.

DATED this 30th day of November, 2009.

Mary Alice Theiler
United States Magistrate Judge

ORDER SETTING BRIEFING SCHEDULE -2