UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMAR ANTONIO BEAVER,<br><br>    Petitioner,<br><br>    v.<br><br>BRUNO STOLC,<br><br>    Respondent. | CASE NO. C08-0430-JCC<br><br>ORDER RE: PENDING MOTIONS |

This is federal habeas action brought under 28 U.S.C. § 2254. On the same date as this Order, this Court issued a Report and Recommendation recommending that petitioner's federal habeas petition be denied and this action be dismissed with prejudice. Two additional motions remain pending on this Court's calendar and will be addressed. This Court, having reviewed the pending motions, does hereby find and ORDER as follows:

(1) Respondent's motion to expand the state court record to add a transcript of the closing arguments and the superior court's finding of fact and conclusions of law (Dkt. 41) is GRANTED.

ORDER RE: PENDING MOTIONS
PAGE -1

(2)     Petitioner's motion to stay his petition (Dkt. 44) is STRICKEN.  On January 4, 2010, petitioner filed a motion requesting that the instant action be stayed pending resolution by the Washington Supreme Court of a case involving a double jeopardy issue similar to two of those raised by petitioner in these proceedings.  (*See* Dkt. 44.)  Respondent opposed the requested stay.  (*See* Dkt. 45.)  Before the Court could rule on petitioner's motion to stay the instant petition, the Washington Supreme Court issued its opinion in the case upon which the stay request was based. (*See* Dkt. 48.)  Petitioner's motion to stay his petition is therefore moot.

(3)     The Clerk shall direct copies of this Order to all counsel of record and to Judge Theiler.

DATED this <u>15th</u> day of April, 2010.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

ORDER RE: PENDING MOTIONS
PAGE -2